ERIC NELSON, PLAINTIFF-PETITIONER, v. FRUEHAUF TRAILER COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 *N. J. Super.* 198.

*Mr. Nathan Baker* and *Mr. Bernard Chazen* for the petitioner.

*Mr. Raymond L. Cunneen* for the respondent.

October 27, 1952. Granted.

CHANNA TANZ, PLAINTIFF-PETITIONER, v. MICHAEL M. BORELLI, DIRECTOR, ETC., ET AL., DEFENDANTS-RESPONDENTS.

On petition for certification to the Superior Court, Appellate Division.

*Messrs. De Fazio, Davidson & De Fazio* for the petitioner.

*Mr. Dominick J. Marrone* and *Mr. O. J. Pellet* for the respondents.

October 20, 1952. Denied.